# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Brian L. Strohl           BK NO. 24-00723 MJC

            Debtor(s)

                         Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                    Respectfully submitted,

                                    /s/ Michael Farrington

                                    Michael Farrington
                                    04 Apr 2024, 10:32:06, EDT


                       KML Law Group, P.C.
                       BNY Mellon Independence Center
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106
                       215-627-1322