United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Brian L. Strohl  
    Debtor

Case No. 24-00723-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: May 07, 2024      Form ID: ntcnfhrg      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian L. Strohl, 18 Jones Street, Lansford, PA 18232-2214 |
| 5605519 | + | Charlotte Strohl, 252 Bowery Lane, Lot 34, Folkston, GA 31537-5914 |
| 5605520 | + | Credit Cor, 121 W Election Rd, Draper, UT 84020-7720 |
| 5605530 | | Millennium Health, PO Box 844468, Dallas, TX 75284-4468 |
| 5605533 | | St. Luke's University Health Network, PO Box 604152, Charlotte, NC 28260-4152 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5605518 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 07 2024 18:48:12 | Capital One, NA, Po Box 85015, Richmond, VA 23285 |
| 5605521 | ^ | MEBN | May 07 2024 18:36:48 | KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Cen, 701 Market Street, Philadelphia, PA 19106-1541 |
| 5607766 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2024 18:48:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5605522 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 07 2024 18:39:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, Mail Stop Ms5/251, Miami, FL 33146-1839 |
| 5605524 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2024 18:48:08 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 5605525 | | Email/Text: camanagement@mtb.com | May 07 2024 18:39:00 | M&T Bank, 1100 Wehrle Drive, Buffalo, NY 14240 |
| 5605527 | | Email/Text: camanagement@mtb.com | May 07 2024 18:39:00 | M&T Bank, Attn: Payment Processing, PO Box 62182, Baltimore, MD 21264-2182 |
| 5605526 | | Email/Text: camanagement@mtb.com | May 07 2024 18:39:00 | M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 5605528 | + | Email/Text: MDSBankruptcies@meddatsys.com | May 07 2024 18:39:00 | Medical Revenue Service, PO Box 1149, Sebring, FL 33871-1149 |
| 5605529 | + | Email/Text: MDSBankruptcies@meddatsys.com | May 07 2024 18:39:00 | Medical Revenue Servie, PO Box 1149, Sebring, FL 33871-1149 |
| 5605530 | ^ | MEBN | May 07 2024 18:37:17 | Millennium Health, PO Box 844468, Dallas, TX 75284-4468 |
| 5605531 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2024 18:48:11 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 5605532 | ^ | MEBN | May 07 2024 18:37:09 | PPL Electric Utilities, 827 Hasuman Road, Allentown, PA 18104-9392 |
| 5608729 | | Email/Text: bnc-quantum@quantum3group.com | | |

| Recip ID | Bypass | Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 07 2024 18:39:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5605534 | + | Email/Text: dona@cca-str.com | | |
| | | | May 07 2024 18:40:00 | Statewide Tax Recovery, LLC, PO Box 1398, Allentown, PA 18105-1398 |
| 5612847 | | Email/Text: EDBKNotices@ecmc.org | | |
| | | | May 07 2024 18:39:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5605523 | *+ | Lakeview Loan Servicing, LLC, 4425 POnce De Leon Blvd, Mail Stop Ms5/251, Miami, FL 33146-1839 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam R Weaver | on behalf of Debtor 1 Brian L. Strohl AttyWeaver@icloud.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brian L. Strohl,

**Debtor 1**

Chapter 13

Case No. 5:24−bk−00723−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 11, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 18, 2024<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 7, 2024 |

ntcnfhrg (08/21)